# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 26-290 PA (MARx) | Date | March 9, 2026 |
|---|---|---|---|
| Title | Reagli Borici v. F. Semaia, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        IN CHAMBERS — COURT ORDER

Before the Court is a Second Motion for Temporary Restraining Order and Preliminary Injunction ("TRO Motion") (Docket No. 18) filed by petitioner Reagli Borici ("Petitioner"), who is represented by counsel. The Government has until 6:00 p.m. on Wednesday, March 11, 2026, to file an Opposition. Failure to file an Opposition by that date and time may be deemed consent to the granting of the TRO Motion. See Local Rule 7-12 ("The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."). The matter will be deemed under submission after March 11, 2026 and the Court will notify the parties of its decision or the date of a hearing.

IT IS SO ORDERED.