JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REAGLI BORICI et al, | Case No. 5:26-cv-00290-PA (MAR) |
| Petitioner, | |
| v. | JUDGMENT |
| F. SEMAIA et al, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** without prejudice.

Dated: April 28, 2026

_____

PERCY ANDERSON
United States District Judge