JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

REAGLI BORICI et al,

Petitioner,

v.

F. SEMAIA et al,

Respondent.

Case No. 5:26-cv-00290-MAR

JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus,

**IT IS HEREBY ADJUDGED** that the Petition is **DENIED** and this action is **DISMISSED** without prejudice.

Dated: November 24, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge